# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

ANDREW WILLIAM ECKERD,

    Petitioner,

v.

GEORGIA DEPARTMENT OF
CORRECTIONS, and WARDEN
GLOCKLAND,

    Respondents.

CV 218-42

## ORDER

This matter comes before the Court on Petitioner's "Request to Substitute Judge Lisa Godbey Wood." Dkt. No. 8. The allegations Petitioner asserts in apparent support of his motion are meritless. To be clear, Ashley Wood is not related to the undersigned. Petitioner's motion is **DENIED**.

**SO ORDERED**, this 30th day of May, 2018.

    HON. LISA GODBEY WOOD, JUDGE
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)