# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

ANDREW WILLIAM ECKERD,　　　*
　　　　　　　　　　　　　　*
　　　　　Petitioner,　　　　*　　　CIVIL ACTION NO.: 2:18-cv-42
　　　　　　　　　　　　　　*
　　v.　　　　　　　　　　　*
　　　　　　　　　　　　　　*
CLINTON PERRY,　　　　　　　*
　　　　　　　　　　　　　　*
　　　　　Respondent.　　　　*

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 17. Petitioner Andrew Eckerd ("Eckerd") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES** **without prejudice** Eckerd's 28 U.S.C. § 2254 Petition, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. The Court **DENIES** Eckerd *in*

*forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this ___3___ day of ___June___, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)