AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANDREW WILLIAM ECKERD

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:18-cv-42

CLINTON PERRY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 3rd day of June 2019, adopting the Report and Recommendation of the Magistrate Judge, judgment is hereby entered dismissing without prejudice, Petitioner's 28 U.S.C. Section 2254 Petition. This case stands closed.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

June 4, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk